UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                                        Case Number 04-20046-BC
                                                        Case Number 06-20544-BC
v.                                                      Honorable Thomas L. Ludington

EDRES MONTGOMERY

    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE

Presently before the Court is the government's motion in limine filed on September 21, 2007. The Court commenced jury selection and trial on September 25, 2007. The government sought to exclude reference by the defendant of criminal penalties. See *United States v. Bilderbeck*, 163 F.3d 971, 978 (6th Cir. 1999); see also Pattern Jury Instructions of the Sixth Circuit, No. 8.05(2). The Court addressed the motion during trial and granted the motion.

It is **ORDERED** that the government's motion *in limine* [04-20046, dkt # 185; 06-20554, dkt # 32] is **GRANTED** for the reasons stated on the record and in this order.

                                                        s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge

Dated: November 16, 2007

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 16, 2007.

        s/Tracy A. Jacobs
        TRACY A. JACOBS